# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS RODRIGUEZ, | : |
| Plaintiff, | : Civ. No. 19-671 (FLW) (TJB) |
| v. | : |
| CINDI COLLINS et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

Plaintiff *pro se*, Luis Rodriguez ("Plaintiff"), who is civilly committed at the Special Treatment Unit, in Avenel, New Jersey, seeks to bring a civil rights action under 42 U.S.C. § 1983. On March 6, 2019, the Court administratively terminated this action, as the Complaint included neither a filing fee nor an application to proceed *in forma pauperis*. (ECF No. 2.) That Memorandum and Order further noted that the action would be reopened if Plaintiff submitted the filing fee or a complete application to proceed *in forma pauperis* within 30 days. (*Id.*)

Plaintiff now seeks an additional 30 days to submit an application to proceed *in forma pauperis*. (ECF No. 3.) In the interests of justice, the Court will grant this application.

Accordingly, IT IS, on this 8th day of April 2019,

ORDERED that Plaintiff's time to reopen this action by paying the filing fee or submitting an application to proceed *in forma pauperis* is extended to 30 days from the date this Order is entered; and it is further

ORDERED that the Clerk shall serve this Order on Plaintiff by regular U.S. mail.

/s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge